

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00478-CR & 04-18-00479-CR

The **STATE** of Texas,
Appellant

v.

Miguel Marco **MELENDEZ**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6467 & 6468
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellee's first motion for extension of time to file his brief is GRANTED. Appellee's brief is due February 7, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court